NO. D3-16-00519-CV

DARRELL J. HARPER            IN THE COURT OF APPEALS

        V.                  THIRD JUDICIAL DISTRICT

STATE OF TEXAS COMMISSION
ON JUDICIAL CONDUCT

## RESPONSE

TO THE CLERK'S OFFICE:

Appellant, Durrell J. Harper, response to matter to make arrangement for record and submit a status report regarding this appeal. because the court cannot impose an unreasonable burden on the appellant, just because racism was found with a penal court had taken advantage of appellant, would not be argumentative for civil rights violation in a state court of law.

                    Very Truly Yours
                    Durrell L. Harper
                    Durrell J. Harper Pro Se
                    Inmate No. 1957724
                    D. B. Ellis Unit
                    1697 FM 980
                    Huntsville, Texas 77343

### Certification of Service

Appellant, Durrell J. Harper, does hereby certify that the Response is true and correct for processing on or around Wednesday the 28th day of September 2016 in accordance with Tex.Civ. R. Aff. P.

                    Durrell L. Harper
                    Durrell J. Harper

RECEIVED
OCT 05 2016
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Durrell J. Harper
Inmate No. 1957729
D.B. Ellis Unit
1697 FM 980
Huntsville, Texas 77343

Legal Mail



03 OCT 2016 PM 1 L

Court of Appeals
Third District
P.O. Box 12547
Austin, Texas 78711-2547

78711-251717